UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DJUN WILSON,

    Plaintiff,

v.                                          Case No.  5:19-cv-137-TKW-MJF

MR. HOLLAND, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court. On November 13, 2019, this court ordered Plaintiff to file a second amended complaint (or notice of voluntary dismissal) within 30 days. (Doc. 17). On December 6, 2019, the court extended Plaintiff's deadline to February 11, 2020. (Doc. 20). The clerk of court mailed a copy of the December 6, 2019, order to Plaintiff at his address of record, but the mail was returned as undeliverable on December 23, 2019. (Doc. 21).

Accordingly, on December 30, 2019, the court ordered Plaintiff to demonstrate his continued interest in this case by filing a notice of his current address. (Doc. 22). The court provided Plaintiff 14 days to comply with the order and warned him that failure to do so likely would result in dismissal of this action for failure to prosecute and failure to comply with an order of this court. (*Id.*). The

clerk of court mailed a copy of the December 30, 2019, order to Plaintiff at his address of record (3075 – 17th Avenue South, St. Petersburg, Florida 33712) and the address indicated for Plaintiff on the Florida Department of Corrections' Offender Network (1002 Savora Drive, St. Petersburg, Florida 33702). Both copies of the order have been returned as undeliverable. (Docs. 23, 24, 25).

To date, Plaintiff has not complied with the November 13, 2019, order, has not responded to the December 30, 2019, show cause order, and has not informed the court of his current address.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with orders of this court.[1]

2. The clerk be directed to close this case file.

At Panama City, Florida, this 12th day of February, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**