UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DJUN WILSON,

    Plaintiff,

v.                                       Case No. 5:19cv137-TKW-MJF

MR. HOLLAND, et al.,

    Defendants.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 26). No objections to the Report and Recommendation were filed.[1] Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to comply with court orders.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

---

[1] The fact that no objections were filed is unsurprising because the Report and Recommendation was returned as undeliverable. *See* Doc. 27. This does not impact the Court's authority to dismiss this case. Indeed, Plaintiff's failure to keep the Court apprised of his current address is arguably an independent basis for dismissal because it is tantamount to an abandonment of the case and/or a failure to prosecute.

**DONE and ORDERED** this 9th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**